**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JILL BONG,

                 Plaintiff - Appellant,

  v.

OREGON SCHOOL BOARDS
ASSOCIATION; et al.,

           Defendants - Appellees.

No. 24-7834

D.C. No. 6:23-cv-00417-MTK

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Mustafa T. Kasubhai, District Judge, Presiding

Submitted May 21, 2025[**]

Before:    SILVERMAN, LEE, and VANDYKE, Circuit Judges.

    Jill Bong appeals pro se from the district court's order denying her motion
for a preliminary injunction in her action alleging federal and state law claims
arising out of the termination of her employment. We have jurisdiction under 28
U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Am. Trucking Ass'ns,*

---

     [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion in denying Bong's motion for a preliminary injunction because Bong, who is no longer employed by the defendants, failed to establish the requirements for such relief. *See id.* (plaintiff seeking preliminary injunction must establish that she is likely to succeed on the merits, she is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in her favor, and an injunction is in the public interest); *see also Park Vill. Apartment Tenants Ass'n v. Mortimer Howard Tr.*, 636 F.3d 1150, 1160 (9th Cir. 2011) (stating that mandatory injunctions are not generally granted "unless extreme or very serious damage will result" (citation and internal quotation marks omitted)).

To the extent that Bong challenges any other orders, we lack jurisdiction to consider them in this appeal. *See* 28 U.S.C. § 1291 (generally, court has jurisdiction over appeals from final decisions of the district court only).

The motion (Docket Entry No. 71) to file a replacement reply brief is granted. The clerk will file the consolidated reply brief at Docket Entry No. 70.

All other pending motions are denied.

**AFFIRMED.**